# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SALIMABDU GOUL'D, ESTATE,

      Plaintiff,

    v.

OFFICER OXENDINE,

      Defendant.

1:26-CV-73-DAB-JGM

## **ORDER**

This matter is before the Court for review of the Order and Recommendation filed on February 3, 2026. *2/3/26 Order and Recommendation of United States Magistrate Judge*. The Magistrate Judge recommends dismissing Plaintiff's action *sua sponte* without prejudice to Plaintiff filing a new action on the proper forms, which corrects the two defects the Magistrate Judge identified:

(1) The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis*, submitted, with sufficient information completed and signed by Plaintiff, to permit review.

(2) The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. *See* LR 7.1(d).

*Id*.

The deadline for objections passed on March 20, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting

Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ordered that the Magistrate Judge's Recommendation, *2/3/26 Order and Recommendation*, is adopted and this action is dismissed without prejudice.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 20th day of April, 2026.


 */s/ David A. Bragdon*        
United States District Judge